CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

JUN 30 2006

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| **THOMAS E. MULLINS,** | )<br>)<br>) Case No. 2:05CV00041<br>) |
| Plaintiff, | )<br>) **FINAL JUDGMENT** |
| v. | )<br>) By: James P. Jones |
| **COMMISSIONER OF SOCIALSECURITY,** | ) Chief United States District Judge<br>) |
| Defendant. | ) |

Based upon the court's de novo review of those portions of the magistrate judge's report and recommendations to which the plaintiff objected, it is **ADJUDGED AND ORDERED** as follows:

1. The plaintiff's objections are overruled;

2. The magistrate judge's report and recommendations are accepted;

3. The motion for summary judgment by the Commissioner of Social Security ("Commissioner") is granted;

4. The final decision of the Commissioner is **affirmed**; and

5. The clerk is directed to close the case.

ENTER: June 30, 2006

/s/ James P. Jones
Chief United States District Judge